JOHN MILLION TURCO, ESQ.
Nevada Bar No. 6152
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.916.3330
Turcolaw@gmail.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>            Plaintiff,                        )<br>                                                          )<br>vs.                                                    )<br>                                                          )  **STIPULATION TO CONTINUE**<br>                                                          )  **SENTENCING**<br>EDGAR VELASO SAMSON       )<br>                                                          )<br>                                                          )<br>            Defendant.                    )<br>_____)  | CASE NO: 2:19-cr-300-03-JCM-EJY |

   IT IS HEREBY STIPULATED AND AGREED by and between defendant, EDGAR VELASO SAMSON, by and through his counsel, John Million Turco, Esq., and the United States America, by its counsel, Simon F. Kung, Esq., Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on January 13, 2021 at 10:00 a.m. be vacated and continued for sixty days or for a time suitable to the court.

   This Stipulation is entered into for the following reasons:

   1. The parties agree to a continuance;

   2. Defendant is currently out of custody;

   3. Counsel for Defendant needs additional time to adequately prepare for sentencing;

   4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

     5.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

     6.     For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by sixty days.

     7.     This is the first request to continue the sentencing date filed herein.

DATED this 8th day of January, 2021

| John Million Turco | Simon F. Kung |
|---|---|
| /s/ | /s/ |
| JOHN MILLION TURCO, ESQ. | SIMON F. KUNG, ESQ. |
| Attorney for Defendant | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:19-cr-300-03-JCM-EJY |
| Plaintiff, | ) | |
| vs. | ) | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| EDGAR VELASO SAMSON | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant is currently out of custody;

3. Counsel for Defendant needs additional time to adequately prepare for sentencing;

4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

## **CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for sixty days.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:19-cr-300-03-JCM-EJY |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| EDGAR VELASO SAMSON | ) | |
| Defendant. | ) | |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for January 13, 2021 at the hour of 10:00 a.m., be vacated and continued to __March 24__, 2021, at the hour of 10:30 a.m.

DATED January 11, 2021.

_____
UNITED STATES DISTRICT JUDGE