CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 13644
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6265 / Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDGAR VELASCO SAMSON,<br><br>   Defendant. | 2:19-cr-00300-JCM-EJY<br><br>**Stipulation to Continue Sentencing Hearing** |

IT IS HEREBY STIPULATED AND AGREED by and between, Christopher Chiou, Acting United States Attorney, District of Nevada, Simon F. Kung, Assistant United States Attorney, representing the United States of America, and John Million Turco, Esq., representing Defendant Edgar Velasco Samson, that the sentencing hearing in the above captioned case, which is currently scheduled for March 26, 2021 at 10:00 AM., be continued and reset to a date and time convenient to the Court, but no sooner than sixty (60) days.

The Stipulation is being entered for the following reasons:

1. Based on the public health emergency brought about by the COVID-2019 pandemic, and the required social-distancing measures as recognized in the Court's Temporary

General Order 2020-05 Extended, the parties agree to continue the currently scheduled sentencing hearing from March 26 2021 at 10:00 AM., to a date and time convenient to the Court, but no sooner than thirty (60) days.

2. This continuance allows counsel for the defendant and counsel for the government additional time to prepare for the hearing.

3. This continuance is not sought for purposes of delay, but to account for the necessary social-distancing in light of the COVID-2019 public health emergency.

4. The defendant is out of custody and does not object to the continuance.

DATED this 22nd day of March, 2021.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney<br>　/s/ *Simon F. Kung*　<br>SIMON F. KUNG<br>Assistant United States Attorney | JOHN MILLION TURCO<br><br>　/s/　*John Million Turco*　<br>JOHN MILLION TURCO, ESQ.<br>Counsel for Defendant |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDGAR VELASCO SAMSON,<br><br>　　　　Defendant. | 2:19-cr-00300-JCM-EJY<br><br>**Findings and Order on Stipulation** |

　　　Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. To account for the necessary social-distancing in light of the COVID-19 public health emergency, the sentencing hearing in this case should be continued.
2. The parties agree to this continuance.
3. This continuance allows counsel for the defendant and counsel for the government additional time to prepare for the hearing.
4. The defendant is out of custody and does not object to the continuance.
5. This continuance is not sought for purposes of delay.

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter currently scheduled for March 26, 2021 at 10:00 AM., be vacated and continued to a date and time convenient to this court, that is _____June 16_____, ____2021____, at the hour of 10:30 a.m.

DATED March 24, 2021.

_____
HONORABLE JAMES C. MAHAN
United States District Court Judge