Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Edgar Velasco Samson**

Case Number: **2:19CR00300**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **June 16, 2021**

Original Offense: **Conspiracy to Commit Bank Fraud**

Original Sentence: **366 Days prison, followed by 60 Months TSR.**

Date Supervision Commenced: **June 17, 2022**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## SUMMARY

On June 16, 2021, Edgar Velasco Samson was sentenced to a term of 12 months and one (1) day imprisonment followed by five (5) years of supervised release for committing the offense of Conspiracy to Commit Bank Fraud, a Class B Felony. On July 17, 2022, Samson commenced his supervised release term in the District of Nevada.

Samson is requesting to travel to Nueva Ecija, Philippines on November 12, 2025, returning November 26, 2025, to visit his ill father-in-law who has just been released from the ICU. Samson will be meeting his wife in the Philippines. If approved, he intends to purchase flights. Additionally, he plans to stay at the family's home at 169 Captain Paulino Street Aduas Sur Cabanatuan City, Nueve Ecija 3100 Philippines. Samson estimates the cost of travel will be $2,000.00 and will be paid by his wife. Samson is also aware that is the Court does not authorize his travel; he must remain in the United States.

Samson is currently in compliance with his conditions of supervision and is being monitored on the low-risk caseload. Samson has remained consistent with his monthly payments towards his outstanding restitution. As of this writing, Samson has paid a total of $5,275.00 towards his financial obligations. Clerk's office records reflect he made a payment of $200.00 on September 29, 2025.

RE: Edgar Velasco Samson

Form 12 - Travel
D/NV Form
Rev. June 2014

At this time our office is not opposed to Samson's international travel request given his compliance. Additionally, our office respectfully requests approval of the Court for Samson to travel outside of the country. Should the Court have any questions, the Probation Office will be available at the Court's convenience.

Respectfully submitted,

Victoria Willard
Digitally signed by Victoria Willard
Date: 2025.10.10 10:07:41 -07'00'

Victoria Willard
Probation Officer Assistant

Approved:

Amberleigh Barajas
Digitally signed by Amberleigh Barajas
Date: 2025.10.09 16:52:03 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer

## THE COURT ORDERS

x   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other

Signature of Judicial Officer

October 10, 2025
Date