TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-300-GMN-EJY |
| Plaintiff, | **Order Granting Motion to Withdraw as Forfeiture Attorney** |
| v. | |
| MOHAMMED HONARI, | |
| MARK CANLAS CUYUGAN, | |
| EDGAR VELASCO SAMSON, | |
| MARLON ECHON MELU, | |
| REYMUND DE LOS SANTOS BALUYUT, | |
| JORGE SAENZ DE TEJADA, | |
| FELIPE AGAPITO GATCHALIAN RAAGAS, | |
| FERNANDO RAMIREZ, JR., | |
| DARREN EUGENE VADEN, and | |
| DALE VADEN, | |
| Defendants. | |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case because

forfeiture has been completed, and he should be terminated from further notification of this Court's CM/ECF system.

Dated: March 13, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

/s/ *Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**IT IS HEREBY ORDERED** that Daniel D. Hollingsworth is permitted to withdraw from this case.

The Clerk of Court is kindly directed to terminate him from further notification of the Court's CM/ECF system.

**DATED** this __19__ day of March, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT